**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1558**

THOMAS JOSE RODRIQUEZ BATTLE,

Plaintiff - Appellant,

and

WILLIAM H. YOUNG,

Plaintiff,

v.

MICHAEL CHISOCOV; ELI LILLY PHAMEUTEOCAL,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Danville.  Jackson L. Kiser, Senior District Judge.  (4:20-cv-00021-JLK)

Submitted:  July 21, 2020                                      Decided:  July 23, 2020

Before AGEE, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas Jose Rodriquez Battle, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Jose Rodriquez Battle appeals the district court's order dismissing without prejudice his civil action under 28 U.S.C. § 1915(e)(2)(B) (2018).[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Battle v. Chisocov*, No. 4:20-cv-00021-JLK (W.D. Va. May 5, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The district court's dismissal without prejudice is a final, appealable decision; the court gave Battle the opportunity to amend his complaint and, moreover, "there is nothing in the opinion indicating that the deficiencies could be corrected by improved pleading." *Bing v. Brivo Sys., LLC*, 959 F.3d 605, 611 (4th Cir. 2020).